# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ANDRICKA WILLIAMS O/B/O OF
MINOR CHILDREN, ALTON
STERLING, JR., JOURNEE
WILLIAMS AND JOSIAH
WILLIAMS; QUINYETTA
MCMILLION O/B/O MINOR CHILD
CAMERON STERLING; KIMBERLY
PIERSON O/B/O MINOR CHILD
NA'QUINCY PIERSON

NO. 2020 CW 1289

VERSUS

THE CITY OF BATON ROUGE,
PARISH OF EAST BATON ROUGE,
THE BATON ROUGE POLICE
DEPARTMENT, OFFICER BLAINE
SALAMONI, OFFICER HOWIE
LAKE, CHIEF OF POLICE CARL
DABADIE, JR. AND XYZ
INSURANCE COMPANY

FEBRUARY 2, 2021

---

In Re:     Andricka Williams, o/b/o her minor children, Alton
Sterling, Jr., Journee Williams, and Josiah Williams,
applying for supervisory writs, 19th Judicial District
Court, Parish of East Baton Rouge, No. 659090.

---

BEFORE:   McCLENDON, THERIOT, AND WOLFE, JJ.

**WRIT DENIED.** The criteria set forth in **Herlitz
Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,**
396 So.2d 878 (La. 1981)(*per curiam*) are not met.

**PMc**
**MRT**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT